# UNITED STATES DISTRICT COURT

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 0 2 2025

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
| --- | --- | --- |
| v. | ) | (For **Revocation** of Probation or Supervised Release) |
| GARY ARNETT | ) | Case No.  3:21-cr-00047-JM-01 |
|  | ) | USM No. 83352-509 |
|  | ) | Latrece Gray |
|  | ) | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  **Mandatory, Standard, Special**  of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 2 - Mandatory (3) | Unlawful use of a contolled substance | 07/10/2024 |
| 3 - Standard (3) | Leaving judicial district without permission | 10/09/2024 |
| 4 - Standard (5) | Failure to notify probation of change in living arrangments | 10/09/2024 |
| 5 - Special | Failure to participate in substance abuse treatment, as directed | 01/16/2025 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has not violated condition(s)  **1 - Mandatory (1)**  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 2844

Defendant's Year of Birth:   1983

City and State of Defendant's Residence:
Paragould, Arkansas

04/02/2025
Date of Imposition of Judgment

_____
Signature of Judge

JAMES M. MOODY JR.  U.S. DISTRICT JUDGE
Name and Title of Judge

4/2/25
Date

AO 245D (Rev. 09/19)  Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page __2__ of __3__

DEFENDANT: GARY ARNETT
CASE NUMBER: 3:21-cr-00047-JM-01

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 6 - Special | Failure to pay special penalty assessment | 04/02/2025 |

Judgment — Page 3 of 3

DEFENDANT: GARY ARNETT
CASE NUMBER: 3:21-cr-00047-JM-01

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of :
24 MONTHS with no supervised release to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends designation to FCI Texarkana or FCI Pollock to allow the defendant to remain near his family. The Court further recommends the defendant not be designated to FCI Forrest City.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL